UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CLAYTON CREASON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00853-RLY-MKK |
| | ) |
| ELANCO US INC., | ) |
| | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

Today, the court granted Defendant's Motion for Summary Judgment and denied Plaintiff's Cross Motion for Summary Judgment. As no claims remain for resolution, the court now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 10th day of March 2025.

Kristine Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.